IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD GENE MOLL,       :
                              :     1:10-cv-955
           Petitioner,   :
                              :     Hon. John E. Jones III
           v.              :
                              :     Hon. Martin C. Carlson
COMMONWEALTH OF      :
PENNSYLVANIA, *et al.,*   :
                              :
           Respondents.  :

**ORDER**

**July 2, 2010**

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.    The Report and Recommendation of Magistrate Judge Martin C.

       Carlson (Doc. 27) is **ADOPTED** in its entirety.

2.    The Petitioner's objections (Doc. 30) are **OVERRULED**.

3.    The petition for writ of habeas corpus (Doc. 30) is **DISMISSED**

       without **PREJUDICE**.

4.    The pending motion to dismiss (Doc. 25) is **DISMISSED** as **MOOT**.

5.    The Clerk of Court is directed to **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge